IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>ROCH Z. KOBEA,<br>    Defendant.<br>and<br>PHYSICIAN SALES & SERVICES, INC.,<br>    Garnishee. | CASE NO. DNCW3:09CR138-1<br>(Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed April 4, 2011, (Docket No. 9), in this case against the Defendant, Roch Z. Kobea, is DISMISSED.

**SO ORDERED**.

Signed: October 13, 2011

David S. Cayer
United States Magistrate Judge